UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

ORIGINAL

FILED
MAR – 6 2014
CLERK, U.S. DISTRICT COURT

## Report on Offender Under Supervision - Court Decision Requested

3-14CR-0101M

Name of Offender: Pedro Antonio Arredondo-Rodriguez      Case No.: TO BE ASSIGNED

Name of Sentencing Judicial Officer: U. S. District Judge Robert Junell

Date of Original Sentence: March 21, 2011

Original Offense:   Count 1: Aiding and Abetting Concealment of a Material Fact within Jurisdiction, 18 U.S.C. §§ 1001(a)(1) & 2)
Count 2: Aiding and Abetting Making a Materially False, Fictitious or Fraudulent Statement, 18 U.S.C. §§ 1001(a)(2) & 2)
Count 3: Aiding and Abetting Bulk Cash Smuggling, 31 U.S.C. §§ 5332(a) & (b)(1) & 18 U.S.C. § 2.

Original Sentence: 21 months custody, 3-year term of supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: July 13, 2012

Assistant U.S. Attorney: Monty Kimball      Defense Attorney: Joe Anthony Foster, Jr.
(Retained)

### Notification To The Court For Cause As Follows:

**I.**

The following information/request is being presented for the Court's review and decision:

Pedro Antonio Arredondo-Rodriguez released from the custody of the Bureau of Prisons directly to the Northern District of Texas where he continues to reside. He has no plans to move from this area. U. S. District Judge Robert Junell, through the U.S. Probation Office, has requested transfer of jurisdiction be initiated on all his cases living out of the Western District of Texas.

**II.**

The probation officer recommends the following action for the Court to consider:

Jurisdiction of Case No. 4:10-CR-337, Western District of Texas, Pecos Division, be transferred to the Northern District of Texas, Dallas Division. Attached are copies of the Probation Form 22, Transfer of Jurisdiction, to be signed in order to complete the process.

Pedro Antonio Arredondo-Rodriguez
Report on Offender Under Supervision - Court Decision Requested

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 06, 2014

s/ Colleen Harpe
   Senior U.S. Probation Officer
   Arlington, Texas
   214-608-6068
   Fax: 817-649-5954

Approved,

s/ Kenneth Mays
   Supervising U.S. Probation Officer
   Arlington, Texas
   817-840-0743

**Order of the Court:**

- [x] Agrees with the recommendation of the probation officer.
- [ ] Disagrees with the recommendation of the probation officer.
- [ ] Directs the probation officer to submit a request for modifying the conditions or term of supervision.
- [ ] Directs the probation officer to submit a request for a warrant or summons.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

Barbara M. G. Lynn
U.S. District Judge

Date 3/6/14

ch
*Attachment